**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-1
JUNE 19, 2018 SESSION**



FILED
JUN 20 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES OF AMERICA**

v.   CRIMINAL NO. 1:18-00136
21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(c)(1)(A)

**TYQUON FREEMAN
TYKEEM FREEMAN**

**I N D I C T M E N T**

The Grand Jury Charges:

**COUNT ONE**

**(Marijuana Distribution)**

On or about April 10, 2018, at or near Bluefield, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant TYQUON FREEMAN knowingly and intentionally distributed a quantity of marijuana for remuneration, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT TWO**

### (Marijuana Distribution)

On or about April 11, 2018, at or near Bluefield, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant TYQUON FREEMAN knowingly and intentionally distributed a quantity of marijuana for remuneration, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

**(Possession with Intent to Distribute)**

On or about April 19, 2018, at or near Bluefield, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant TYQUON FREEMAN knowingly and intentionally possessed with intent to distribute less than 50 kilograms of marijuana for remuneration, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT FOUR**

### **(Felon in Possession of a Firearm)**

1. On or about April 19, 2018, at or near Bluefield, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant TYQUON FREEMAN did knowingly possess firearms, that is, a CBC, Model 715T, .22 caliber rifle, a Taurus PT111 G2, 9mm semi-automatic pistol, and a Ruger, Model LCP, .380 semi-automatic pistol, in and affecting interstate commerce.

2. At the time defendant TYQUON FREEMAN possessed the aforesaid firearms, he had been convicted of the following crime, which was punishable by a term of imprisonment exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about January 19, 2017, in the Circuit Court of Tazewell County, Virginia, of distribution of marijuana or to possess marijuana with the intent to distribute or sell, more than one-half ounce but less than five pounds, in violation of Virginia Code § 18.2-248.1.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FIVE

**(Possession of a firearm in furtherance of drug trafficking)**

On or about April 19, 2018, at or near Bluefield, Mercer County, West Virginia, within the Southern District of West Virginia, defendant TYQUON FREEMAN, did knowingly possess firearms, that is, a CBC, Model 715T, .22 caliber rifle, a Taurus PT111 G2, 9mm semi-automatic pistol, and a Ruger, Model LCP, .380 semi-automatic pistol, in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, that is, possession with intent to distribute marijuana for remuneration, in violation of 21 U.S.C. § 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SIX

### (Felon in Possession of a Firearm)

1. On or about April 19, 2018, at or near Bluefield, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant TYKEEM FREEMAN did knowingly possess a firearm, that is, a Ruger, Model LCP, .380 semi-automatic pistol, in and affecting interstate commerce.

2. At the time defendant TYKEEM FREEMAN possessed the aforesaid firearm, he had been convicted of the following crime, which was punishable by a term of imprisonment exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about November 28, 2016, in the Circuit Court of Tazewell County, Virginia, of distribution of marijuana or to possess marijuana with the intent to distribute or sell, more than one-half ounce but less than five pounds, in violation of Virginia Code § 18.2-248.1.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

UNITED STATES OF AMERICA

MICHAEL B. STUART
United States Attorney

By: _____
TIMOTHY D. BOGGESS
Assistant United States Attorney