IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.     CRIMINAL NO. 1:18-00136-001

TYQUON FREEMAN,

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant Tyquon Freeman's second motion to continue the trial and all related deadlines for a period of approximately thirty days. (ECF No. 39). In support of his motion and the need for a continuance, Freeman states that defense counsel needs additional time to conduct negotiations with the government. Specifically, Freeman contends that if the parties are required to prepare the case for trial at this time, the parties' ability to reach a negotiation will be hindered. The government does not oppose a continuance.

Because failure to grant the requested continuance would likely result in a miscarriage of justice, the court finds that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial, see 18 U.S.C. § 3161(h)(7)(A), and **GRANTS** the defendant's motion to continue. In deciding to grant the motion to continue, the court considered the factors outlined in 18 U.S.C. §3161(h)(7)(B) and found that the nature

1

of the prosecution makes it unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.  The court further finds that failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, the court hereby **ORDERS** as follows:

I.  Trial of this action is continued until November 7, 2018, at 9:30 a.m., in Bluefield.  Jury instructions and proposed voir dire are to be filed by October 31, 2018;

II. All pretrial motions are to be filed by October 24, 2018;

III. A pretrial motions hearing before the undersigned is scheduled for October 31, 2018, at 2:00 p.m., in Bluefield;

IV. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from the filing of the motion until the trial is excludable for purposes of the Speedy Trial Act.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States

Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

    IT IS SO ORDERED this 4th day of October, 2018.

        ENTER:

        *David A. Faber*
        David A. Faber
        Senior United States District Judge

3